UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| THERESA BROOKE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NAPA LW HOTEL ASSOCIATES LP,<br><br>　　　　Defendant. | Case No. 20-cv-05158-LB<br><br>**ORDER REGARDING SERVICE**<br><br>Re: ECF No. 1 |

The plaintiff filed a complaint against the defendant on July 27, 2020. (Compl. – ECF No. 1). Under Federal Rule of Civil Procedure 4(m), a plaintiff has 90 days to serve the complaint and summons on a defendant. That 90 days has expired. *See* Fed. R. Civ. P. 4(m), 6(a)(1)(C). To date, the plaintiff has filed no proof that the defendant has been served. (*See generally* Docket.) The court orders the plaintiff to serve the defendant and file proof of service by December 3, 2020 (or show good cause with a short status update by that date for the failure to serve). Failure to do either of these may result in dismissal of the case without prejudice under Rule 4(m) for failure to prosecute.

**IT IS SO ORDERED.**

Dated: November 23, 2020

_____
LAUREL BEELER
United States Magistrate Judge

ORDER – No. 20-cv-05158-LB